

# United States District Court
# Eastern District of California

| Inna Bautista |
|---|

Plaintiff(s)

V.

| OP2 Labs, LLC, d/b/a Frog Fuel |
|---|

Defendant(s)

Case Number: | 2:25-cv-3323 DJC JDP |

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jane Manwarring hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Inna Bautista, on behalf of herself and all others similarly situated

On 11/26/2022 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

This is an amended Pro Hac Vice Application. The first I filed in this case on 12/2/2025 was not accepted by the Court because I did not submit a certificate of good standing.

Date: 12/17/2025        Signature of Applicant: /s/ Jane Manwarring

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jane Manwarring |
| Law Firm Name: | Migliaccio & Rathod LLP |
| Address: | 412 H St. NE, Suite 302 |
| City: | Washington   State: D.C.   Zip: 20002 |
| Phone Number w/Area Code: | (202) 470-3520 |
| City and State of Residence: | Washington, D.C. |
| Primary E-mail Address: | jmanwarring@classlawdc.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert A. Mackey |
| Law Firm Name: | Law Offices of Robert Mackey |
| Address: | 16320 Murphy Road |
| City: | Sonora   State: CA   Zip: 95370 |
| Phone Number w/Area Code: | (412) 370-9110   Bar #: 125961 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 23, 2025

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE