**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INNA BAUTISTA, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OP2 LABS, LLC, D/B/A FROG FUEL,<br><br>Defendant. | Case No.  2:25-cv-03323-DJC-JDP<br><br>Case Assigned to Hon. Daniel J. Calabretta in Courtroom 7, 14th Floor<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINES IN BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:    November 17, 2025<br>Trial Date:           None Set |

Pursuant to the Parties' Stipulation Extending Deadlines in Briefing Schedule for Defendant's Motion to Dismiss Plaintiff's Complaint (the "Motion"), and for good cause shown, it is hereby **ORDERED THAT**:

1.    The deadline for Defendant to file its Motion is extended to January 23, 2026;

2.    The deadline for Plaintiff to file her opposition to the Motion or amended Complaint is extended to February 20, 2026; and

3.    The deadline for Defendant to file its reply in support of the Motion is extended to March 9, 2026;

**IT IS SO ORDERED.**

Dated:  January 12, 2026          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION EXTENDING DEADLINES IN BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT