Robert Mackey (SBN 12561)
bobmackeysq@aol.com
**LAW OFFICES OF ROBERT MACKEY**
16320 Murphy Road
Sonora, CA 95370
Tel: (412) 370-9110

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA BAUTISTA, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OP2 LABS, LLC, D/B/A FROG FUEL,<br><br>Defendant. | Case No. 2:25-cv-03323-DJC-JDP<br><br>Case Assigned to Hon. Daniel J. Calabretta in Courtroom 7, 14th Floor<br><br>**ORDER GRANTING STIPULATION TO PROCEED ON PLAINTIFF'S AMENDED COMPLAINT AND TO EXTEND DEADLINES IN BRIEFING SCHEDULE**<br><br>Complaint Filed:  November 17, 2025<br>Trial Date:  None Set |

1

ORDER GRANTING STIPULATION TO PROCEED ON PLAINTIFF'S AMENDED
COMPLAINT AND TO EXTEND DEADLINES IN BRIEFING SCHEDULE

Pursuant to the Parties' Stipulation to Proceed on Plaintiff's Amended Complaint and to Extend Deadlines in Briefing Schedule ("Stipulation"), and for good cause shown, it is hereby **ORDERED THAT**:

1.    The Court accepts and the case will proceed with Plaintiff's Amended Complaint filed on February 20, 2026;

2.    The deadline for Defendant to file its Motion or otherwise answer will be fourteen (14) days from the date the Court grants the Parties' Stipulation;

3.    The deadline for Plaintiff to file her opposition to the Motion will be twenty-one (21) days from the filing of the Motion;

4.    The deadline for Defendant to file its reply in support of the Motion will be fourteen (14) days from the filing of the Opposition to the Motion;.

**IT IS SO ORDERED.**

Dated:  March 5, 2026                                    /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO PROCEED ON PLAINTIFF'S AMENDED COMPLAINT AND TO EXTEND DEADLINES IN BRIEFING SCHEDULE