

# United States District Court
# Eastern District of California

INNA BAUTISTA

Plaintiff(s)

V.

OP2 LABS, LLC D/B/A FROG FUEL

Defendant(s)

Case Number: 2:25-cv-3323-DJC-JDP

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Daniel Aaron Rihn hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Inna Bautista

On 10/18/2000 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/12/2026          Signature of Applicant: /s/ Daniel Aaron Rihn

**Pro Hac Vice Attorney**

Applicant's Name: Daniel Aaron Rihn

Law Firm Name: Robert Peirce & Associates, PC

Address: 437 Grant Street

Suite 1100

City: Pittsburgh    State: PA    Zip: 15219

Phone Number w/Area Code: (412) 281-7229

City and State of Residence: Pittsburgh, PA

Primary E-mail Address: arihn@peircelaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Robert A. Mackey

Law Firm Name: Law Offices of Robert Mackey

Address: 16320 Murphy Road

City: Sonora    State: CA    Zip: 95370

Phone Number w/Area Code: (412) 370-9110    Bar # 125961

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  March 12, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE