Robert Mackey (SBN 12561)
bobmackeysq@aol.com
**LAW OFFICES OF ROBERT MACKEY**
16320 Murphy Road
Sonora, CA 95370
Tel: (412) 370-9110

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA BAUTISTA, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>OP2 LABS, LLC, D/B/A FROG FUEL,<br><br>Defendant. | Case No.  2:25-cv-03323-DJC-JDP<br><br>Case Assigned to Hon. Daniel J. Calabretta in Courtroom 7, 14th Floor<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN BRIEFING SCHEDULE**<br><br>Complaint Filed:   November 17, 2025<br>Trial Date:          None Set |

Pursuant to the Parties' Stipulation to Proceed on Plaintiff's Amended Complaint and to Extend Deadlines in Briefing Schedule ("Stipulation"), and for good cause shown, it is hereby **ORDERED THAT**:

1.      The deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss the Amended Complaint (the "Motion") will be April 17, 2026;

2.      The deadline for Defendant to file its reply in support of the Motion will be May 8, 2026.

**IT IS SO ORDERED.**

Dated:  March 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN BRIEFING SCHEDULE (CASE NO. 2:25-CV-03323-DJC-JDP)