**LAW OFFICES OF ROBERT MACKEY**
Robert Mackey (SBN 12561)
16320 Murphy Road
Sonora, CA 95370
Tel: (412) 370-9110
bobmackeysq@aol.com

**MIGLIACCIO & RATHOD LLP**
Jane Manwarring (*pro hac vice*)
412 H St. NE
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
jmanwarring@classlawdc.com

**ROBERT PEIRCE & ASSOCIATES, P.C.**
D. Aaron Rihn (*pro hac vice*)
Sara J. Watkins (*pro hac vice*)
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Tel: (412) 281-7229
arihn@peircelaw.com
swatkins@peircelaw.com

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

INNA BAUTISTA, on behalf of herself and on behalf of all others similarly situated,

        Plaintiffs,

  vs.

OP2 LABS, LLC, D/B/A FROG FUEL,

        Defendant.

Case No.  2:25-cv-03323-DJC-JDP

Case Assigned to Hon. Daniel J. Calabretta in Courtroom 7, 14th Floor

**ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN BRIEFING SCHEDULE**

Complaint Filed:    November 17, 2025
Trial Date:        None Set

Pursuant to the Parties' Stipulation to Proceed on Plaintiff's Amended Complaint and to Extend Deadlines in Briefing Schedule ("Stipulation"), and for good cause shown, it is hereby **ORDERED THAT**:

1.     The deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss the Amended Complaint (the "Motion") will be April 24, 2026;

ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN BRIEFING SCHEDULE
(CASE NO. 2:25-CV-03323-DJC-JDP)

2.      The deadline for Defendant to file its reply in support of the Motion will be May 15, 2026.

**IT IS SO ORDERED.**

Dated:  April 16, 2026                                                   /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN BRIEFING SCHEDULE
(CASE NO. 2:25-CV-03323-DJC-JDP)