Todd F. Rosenbaum (*Admitted Pro Hac Vice*)
tfrosenbaum@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
Tel: 202-434-7300
Fax: 202-434-7400

Geoffrey A. Friedman (SBN 302496)
gafriedman@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6000
Fax: 415-432-6001

Attorneys for Defendant
OP2 LABS, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA BAUTISTA, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OP2 LABS, LLC, D/B/A FROG FUEL,<br><br>Defendant. | Case No.  2:25-cv-03323-DJC-JDP<br><br>Case Assigned to Hon. Daniel J. Calabretta in Courtroom 7, 14th Floor<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN BRIEFING SCHEDULE**<br><br>Complaint Filed:  November 17, 2025<br>Trial Date:  None Set |

Pursuant to the Parties' Stipulation to Extend Deadlines in Briefing Schedule ("Stipulation"), and for good cause shown, it is hereby **ORDERED THAT**:

1.    The deadline for Defendant to file its reply in support of its Motion to Dismiss Plaintiff's Amended Complaint will be May 22, 2026.

**IT IS SO ORDERED.**

Dated:  May 7, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN BRIEFING SCHEDULE
(CASE NO. 2:25-CV-03323-DJC-JDP)