# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA BAUTISTA, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>OP2 LABS, LLC, D/B/A FROG FUEL,<br><br>Defendant. | Case No.  2:25-cv-03323-DJC-JDP<br><br>Case Assigned to Hon. Daniel J. Calabretta in Courtroom 7, 14th Floor<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT PENDING MEDIATION (L.R. 143)**<br><br>Complaint Filed:    November 17, 2025<br>Trial Date:            None Set |

1

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PENDING MEDIATION (L.R. 143)

Pursuant to the Parties' Stipulation to Continue Hearing on Defendant's Motion to Dismiss First Amended Class Action Complaint Pending Mediation (L.R. 143) ("Stipulation"), and for good cause shown, it is hereby **ORDERED THAT**:

1.      The hearing on Defendant's Motion is continued until the conclusion of the Parties' mediation.

2.      The Parties shall file a Joint Status Report advising the Court of the outcome of the mediation within fourteen (14) days of the mediation.

3.      If the mediation is unsuccessful, the hearing on Defendant's Motion shall be reset to a date and time convenient for the Court and the Parties.

**IT IS SO ORDERED.**

Date: 6/25/2026

_____

Hon. Daniel J. Calabretta
United States District Judge

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PENDING MEDIATION (L.R. 143)